U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES f/u/b MID-AMERICA METAL ROOFING AND SIDING INSTALLED, LLC | CIVIL ACTION NUMBER: 1:06CV697 |
| VERSUS | JUDGE TRIMBLE |
| FLINTCO, INC., ZURICH AMERICAN INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, AND MILESTONE CONSTRUCTION COMPANY, INC. | MAGISTRATE KIRK |

## ORDER

Considering the foregoing,

IT IS ORDERED that Flintco, Inc. is allowed to join the Motion to Enforce Settlement, (Doc. 35) filed on behalf of the United States f/u/b Mid-America Metal Roofing and Siding Installed, LLC ("Mid-America").

~~IT IS FURTHER ORDERED that judgment is rendered in favor of Mid-America and against Flintco, Inc. and Milestone Construction Company, Inc. in the amount of $140,000.00, plus interests and cost.~~

~~IT IS FURTHER ORDERED that Flintco, Inc. shall not be liable unto Mid-America in excess of $52,500.00. The remaining balance of the judgment amount of $140,000.00 ($87,500.00), plus interest and costs, shall be assessed against Milestone Construction Company, Inc.~~

1

751259.1

Alexandria, Louisiana, this 22nd day of May, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

751259.1